1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   Attorneys for Plaintiff
5  DIAMOND KING

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

DIAMOND KING,                    )   Case No: 2:16−CV−03952−SJO−AJW
                                 )
         Plaintiff,              )   **EX PARTE APPLICATION TO**
                                 )   **CONTINUE SCHEDULING**
    vs.                          )   **CONFERENCE**
                                 )
MOTION REPOSSESSORS, INC., and   )   Hon. S. James Otero
DOES 1 through 10, inclusive,    )
                                 )
         Defendants.             )
                                 )

1    Plaintiff Diamond King hereby moves the Court <u>ex parte</u> to continue the Rule 26 conference currently scheduled for August 29, 2016 at 8:30 a.m.  Plaintiff's counsel received an order today in another case, setting hearing on oral argument on a motion for summary judgment, for 9:30 a.m. on August 29, 2016, in Bakersfield, California.  The case is <u>Brooks v. Leon's Quality Adjusters, Inc</u>., US District Court, Eastern District of California, Case No. 15-CV-00965-JLT.

   Plaintiff's counsel is unable to attend both hearings. Since the hearing in the <u>Brooks</u> matter has already been continued twice, plaintiff respectfully requests that the scheduling conference in this matter be continued to another date.

   On August 19, 2016 at 2:50 p.m., plaintiff's counsel gave notice by telephone of this application to defense counsel Howard Smith, whose contact information is Schneider & Lowary, LLP, 11900 W. Olympic Blvd., Suite 600, Los Angeles, CA 90064; Tel: (310) 447-9000; Fax: (310) 447-9011; email: <u>hjsmith@b3law.com</u>. Mr. Smith called back and said he did not oppose the application.

   Plaintiff's counsel thanks the Court for its consideration of this matter.

Dated:  August 19, 2016            Respectfully Submitted,
                                   TRUEBLOOD LAW FIRM


                                   By:        /s/
                                        Alexander B. Trueblood

                                   Attorneys for Plaintiff
                                   DIAMOND KING

1