1  ALEXANDER B. TRUEBLOOD (Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 943-0298
   Facsimile: (310) 943-2255
4
   Attorneys for Plaintiff
5  LAURA BALLEGEER

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | LAURA BALLEGEER,            ) Case No.: 2:15-cv-07707-JAK-GJS
   |                             )
12 |         Plaintiff,          ) **NOTICE OF SETTLEMENT**
   |                             )
13 |                             )
   |    vs.                      )
14 |                             )
   |                             )
15 | MOTION REPOSSESSORS, INC.,  ) Hon. John A. Kronstadt
   | WELLS FARGO BANK, N.A., and )
16 | DOES 1 through 10, inclusive,)
   |                             )
17 |                             )
   |                             )
18 |         Defendants.         )
   |                             )
19 |                             )
20 |                             )
21 |                             )
22 |                             )
23 |_____)

24

25

26

27

28

1      Plaintiff Laura Ballegeer hereby notifies the Court that the action has settled
2 as to all parties and claims.  The parties are preparing a written settlement
3 agreement and plaintiff expects to be able to dismiss the complaint within 45 days.

Dated:  June 17, 2016         Respectfully Submitted,

                                     TRUEBLOOD LAW FIRM

                                     By:     /s/
                                               Alexander B. Trueblood

                                     Attorneys for Plaintiff
                                     LAURA BALLEGEER