```
PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email:     pamela.cogan@rmkb.com;
stacy.tucker@rmkb.com; blake.russum@rmkb.com
```

FILED
CLERK, U.S. DISTRICT COURT
January 16, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; CEDARS-SINAI HEALTH SYSTEM GROUP DISABILITY INCOME PLAN erroneously sued as CEDARS SINAI MEDICAL CENTER LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA McCOY,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and CEDARS SINAI MEDICAL CENTER LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. 2:16-CV-03941-SJO-FFM<br><br>ORDER DISMISSING ENTIRE ACTION |

**IT IS HEREBY ORDERD** that pursuant to the parties' stipulation and Federal Rules of civil Procedure 41(a)(1)(A)(ii), the above captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: January 16, 2016

*S. James Otero*

United States District Court Judge

4847-2101-3566.1

[PROPOSED] ORDER DISMISSING ACTION
CASE NO.: 2:16-CV-03941